**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Linda Miller, et al.
                    Plaintiff,

v.                                                    Case No.: 1:11−cv−03658
                                                      Honorable Susan E. Cox

USV Optical, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 30, 2013:

    MINUTE entry before Honorable Susan E. Cox: Plaintiffs' motion to strike the class allegations and to dismiss without prejudice [72] is granted. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above−captioned matter is dismissed in its entirety as to all claims without prejudice. The Court will retain jurisdiction through the Remediation Period as set forth in the Settlement Agreement for the sole purpose of enforcing the Agreement, at which time the dismissal shall convert to one with prejudice. Status hearing set for 5/30/13 at 9:30 a.m. is stricken. Parties need not appear on 5/30/13 at 9:30 a.m. for presentment of motion. Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.